In re NIAGARA, L. & O. POWER CO. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) In the matter of application of the Niagara, Lockport & Ontario Power Company, for an order directing John Pallace, Jr., to deliver over certain papers. No opinion. Order affirmed, with $10 costs and disbursements.

NITRO POWDER CO., Respondent, v. MARX & RAWOLLE, Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Nitro Powder Company against Marx & Rawolle. No opinion. Order affirmed, with $10 costs and disbursements.

NOONAN, Respondent, v. LUTHER, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Jennie E. Noonan against Thomas C. Luther.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $500, in which case judgment, as so modified, and order, affirmed, without costs. See, also, 128 App. Div. 673, 112 N. Y. Supp. 898.

KELLOGG and HOUGHTON, JJ., vote for absolute reversal.

NORMAN, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Engrey F. Norman against the Board of Education. I. L. Bamberger, for appellant. C. McIntyre, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'BRIEN, Respondent, v. NEW YORK, CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Frank O'Brien against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not shown guilty of actionable negligence, and that the blowing of the whistle was not shown to be the proximate cause of the accident. See, also, 118 N. Y. Supp. 1025.

SPRING and ROBSON, JJ., dissent.

O'DELL, Respondent, v. PLATTSBURG GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Oliver O'Dell against the Plattsburg Gas & Electric Company. No opinion. Judgment and order reversed on exceptions, and new trial granted, with costs to appellant to abide event.

In re O'DONNELL. (Supreme Court, Appellate Division, Second Department. March 8, 1911.) In the matter of the application of William J. O'Donnell for admission to the bar. No opinion. Application granted.

O'KEEFE, Respondent, v. DEGNON REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles O'Keefe, an infant, etc., against the Degnon Realty & Terminal Improvement Company. No opinion. Motion to resettle order denied, without costs. See, also, 126 N. Y. Supp. 682.

O'KEEFE, Appellant, v. MAXWELL, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1911.) In the matter of Alice R. O'Keefe against William J. Maxwell, as City Superintendent of Schools, etc. J. E. O'Brien, for appellant. C. McIntyre, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLD DOMINION S. S. CO., Appellant, v. KEILEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by the Old Dominion Steamship Company against Benjamin A. Keiley and others, as executors, etc. N. B. Beecher, for appellant. B. S. Weeks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'NEILL, Respondent, v. MANUFACTURERS' AUTOMATIC SPRINKLER CO., Appellant. (Supreme Court, Appellate Division. Second Department. March 10, 1911.) Action by John H. O'Neill against the Manufacturers' Automatic Sprinkler Company. No opinion. Motion denied. See, also, 127 N. Y. Supp. 692.

ONION, Respondent, v. SCHMIDT et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Leonard W. Onion against Charles Schmidt and Henry Schmidt, copartners, etc. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no proof in the record showing that the injuries to plaintiff's son were caused by the negligence of the defendant.

ORLANDO, Respondent, v. LONG ISLAND R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Antonio Orlando, an infant, etc., against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed on reargument, with costs.

ORSZAG et al., Appellants, v. BERNZWEIG, Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Alexander Orszag and another against Benjamin Bernzweig. L. Kronfeld, for appellants. F. L. Cramer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.